433 A.2d 111

Commonwealth v. Plummer, Appellant.

Argued June 11, 1980. Robert T. Panowicz, for appellant; William Keller, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment of sentence affirmed.